946 F.2d 897w
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
Dennis HOWELL, Plaintiff/Appellant,
v.
Louis W. SULLIVAN, M.D., Defendant/Appellee.
 No. 90-3664.
 United States Court of Appeals, Seventh Circuit.
 Argued Oct. 2, 1991.
Decided Oct. 15, 1991.
Rehearing Denied Nov. 5, 1991.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION